# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Jeremy Somnis                                       Civil No. 11-324 (RHK/LIB)

       Plaintiff,                               **ORDER**

vs.

Country Mutual Insurance Company,

       Defendant.

---

    This matter is venued in the Fifth Division.

    All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  February 10, 2011

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge