# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Jeremy Somnis,

|  |  |  |
|---|---|---|
|  | Plaintiff, | Civ. No. 11-324 (RHK/LIB) |
|  |  | **ORDER** |

v.

Country Mutual Insurance Company,

                                      Defendant.

---

     Plaintiff has recently filed a Motion to Bifurcate (Doc. No. 33) and a Motion in Limine (Doc. No. 37), neither of which is set for a hearing at this time and, as a result, no briefing schedule has been set for either Motion.   Having preliminarily reviewed the Motions, the Court does not believe a response from Defendant is required at this time. Accordingly, **IT IS ORDERED** that Defendant need not respond to either Motion. Should the Court later desire a response, Defendant will be so notified.


Dated: January 27, 2012                          s/Richard H. Kyle
                                                 RICHARD H. KYLE
                                                 United States District Judge