**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Jeremy Somnis, | Civil No. 11-324 (RHK/LIB) |
| Plaintiff, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| Country Mutual Insurance Company, | |
| Defendant. | |

---

Based upon the Stipulation For Dismissal With Prejudice (Doc. No. 45),

**IT IS ORDERED** that the above-entitled action is DISMISSED WITH PREJUDICE, on the merits and without cost to any of the parties hereto.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 6, 2012

                                               s/Richard H. Kyle
                                               RICHARD H. KYLE
                                               United States District Judge